# PHILLIPS 66 COMPANY

July 1, 2024

KRSM INC ("Licensee")
10960 Bustleton Ave.
Philadelphia, PA 19116

RE:  **Designated Facility 5643 CONOCO-PA-00913452** located at; **5643 RIDGE AVE PHILADELPHIA PA 19128 US** ("Designated Facility")

<u>**NOTICE OF DEFAULT WITH OPPORTUNITY TO CURE**</u>
<u>**& NOTICE OF DEBRAND – DESIGNATED FACILITY**</u>
**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Dear Licensee:

There is currently in effect, between Phillips 66 Company ("PSX") and KRSM INC ("Licensee"), a Trademark Licensee Agreement effective May 1st, 2021 ("TLA").

You are hereby given notice that the undersigned elects to, and does hereby, terminate your right to use the CONOCO® trademark, trade names, service marks, trade dress and all point of sale materials ("Brand Identification") at the Designated Facility, and thus removes it from your TLA effective October 10, 2024 ("Debrand Effective Date").

The Designated Facility is not in compliance with PSX Brand Image Standards.

The reasons for debranding the Designated Facility and removing it from your TLA is as follows:

(1)  Failure to comply with PSX Brand Image Standards as required by Section 2.06.A of the TLA agreement.  As you are aware, Licensee agrees that it shall use the Marks (1) solely upon and/or in connection with the operations of Designated Facilities and sale of Branded Products pursuant to the license granted in Section 2.01 of this Agreement, and (2) solely in compliance with any commercially reasonable instructions supplied from Company to Licensee from time to time consistent with Company's own use of the same, concerning the manner of use of such Marks (including but not limited to the Image Standards concerning the standards for signs, colors, appearance, and location of the same), and (3) only during the Term of this Agreement.

As of the Debrand Effective Date, Licensee is required to remove at Licensee's expense the signs and other Brand Identification located at this Designated Facility  If you fail to do so within the time specified, PSX will do so at your expense.  Also be advised that PSX will no longer accept transmittals for credit card transactions dated after the Debrand Effective Date.  PSX Credit Card Center will be advised accordingly, and any transmittals submitted for transactions after the Debrand Effective Date will be returned.  A Debrand Checklist is attached for your convenience.

**If the Designated Facility implements and or resumes credit card processing in accordance with the requirements of the TLA prior to the Debrand Date, PSX will automatically rescind this Notice.**

PSX and Licensee entered into branding support agreements for this Designated Facility, including estimated unamortized amount as of the Debrand Effective Date, as listed below.

| Program | Program Start Date | Program End Date | Estimated Unamortized Amount |
|---|---|---|---|
| NA | NA | NA | $0.00 |

Within a few days following the Debrand Effective Date, PSX will invoice Licensee or monies paid under these programs.  The payment method will be EFT, net 30 days from the date of the invoice.  The total due to PSX may vary from the estimated amount quoted above; however, Licensee will receive an official invoice for the total due to PSX.

If the Designated Facility is dealer operated, Licensee must give the dealer prompt written notice in the form of a certified letter of the decision to debrand the Designated Facility as well as a copy of the Department of Energy Summary of Title I of the Petroleum Marketing Practices Act ("PMPA"), as amended.  Licensee may also want to consult with legal counsel regarding the notice sent to the dealer.  Attached is a copy of the PMPA Summary.

If you have any questions regarding this letter, please contact your Sales Representative.

Sincerely,

Douglas W. Akers
Director, Licensing & Gulf Coast Sales


Attachments:  PMPA Summary
                       Debrand Checklist

Copy:    Sales Representative
              Program Accounting Administration
              Treasury
              Brand Image

2