

Case 2:25-cv-01837-JDW   Document 1-3   Filed 04/09/25   Page 1 of 1

## SHOPID # 5792884

### 01-30-2025
### SURVEY: DEBRAND
### 905953

Phillips 66-RIDGE GAS (2300 RIDGE AVE PHILADELPHIA PA)
2300 RIDGE AVE
PHILADELPHIA PA 19121 US

Location: Phillips 66-RIDGE GAS (2300 RIDGE AVE PHILADELPHIA PA)
Marketer: 10125911 - KRSM INC
Sales Rep: Subhan Usmani
Sales Manager: Alan Clements
Country: US

## SCREEN CONTROLS

 

Close   PDF   Email

## YOUR SCORE



100%

5/5 points

## LAST SCORE



60%

## APPEALS/CURES

Submit Appeals/Cures

View existing Appeals/Cures

## SECTIONAL CHANGE

| Section | This Evaluation | Last Evaluation | +/- |
|---|---|---|---|
| **Overall** | ✓ 100% | ✓ 60% | ▲ +40% |
| MID/PRICE SIGN | ✓ 100% | ✓ 100% | -- +0% |
| CANOPY | ✓ 100% | 0% | --% |
| DISPENSERS | ✓ 100% | 0% | --% |
| OUTDOOR & ISLAND ... | ✓ 100% | ✓ 100% | -- +0% |
| PERIMETER AREAS | ✓ 100% | ✓ 100% | -- +0% |
| ADDITIONAL QUESTIONS | --% | --% | --% |