# SILVERANG ROSENZWEIG & HALTZMAN, LLC

ATTORNEYS AT LAW

Woodlands Center
900 East 8th Avenue, Suite 300
King of Prussia, PA  19406
(610) 263-0115 Telephone
(215) 754-4211 Facsimile
www.sanddlawyers.com

**Mark S. Haltzman, J.D., M.B.A.**
**(610) 263-0131 Direct Dial**
**(215) 754-4211 Direct Fax**
**Email: mhaltzman@sanddlawyers.com**

March 11, 2025

***VIA EMAIL AND FEDEX***

Universal Property Services, Inc.
Attention: Regional Vice President
1601 Princeton Avenue
Lawrenceville, NJ 08648

RE:    **NOTICE OF TERMINATION OF DEALER SUPPLY AGREEMENTS:**

**Dealer Supply Agreement between Universal Property Services, Inc. and Kamla Corporation, for Facility located at 300 E. Erie Avenue, Philadelphia, Pennsylvania ("Erie Facility")**

**Dealer Supply Agreement between Universal Property Services, Inc. and Front Street Donuts, LLC, for Facility located at 5643 Ridge Avenue, Philadelphia, Pennsylvania ("Ridge Facility")**

**(Unsigned) Dealer Supply Agreement between Universal Property Services, Inc. and Amrut Krishna, Inc. for Facility located at Knights and Woodhaven Roads, Philadelphia, Pennsylvania ("Woodhaven Facility")**

Dear Sir or Madam:

This firm represents Kamla Corporation, Front Street Donuts, LLC and Amrut Krishna, Inc. (each, a "Dealer" and collectively, the "Dealers") in connection with the Dealer Supply Agreements (collectively, "Dealer Supply Agreements") referenced above.  All communications related to this matter shall be directed to the undersigned only.

**NOTICE IS HEREBY GIVEN** that each of the Dealer Supply Agreements is hereby terminated, effective immediately, due to the failure of Universal Property Services, Inc. ("Supplier") and its affiliate, KRSM, Inc. ("Licensee"), as licensee of Phillips 66 Company ("Licensor") to meet the requirements of Licensor's Trademark License Agreement ("TLA") for sale of Conoco-branded gasoline products at service stations supplied by Supplier and for the use of the Conoco trademark,

{01872159;1}

March 11, 2025
Page | 2

trade names, service marks, trade dress, all point of sale material and other brand imaging ("Trade Identities"), including under the Dealer Supply Agreements identified above. Supplier's right to continue to supply Conoco-branded gasoline and Supplier's right to use and to grant to each Dealer the use of the Trade Identities was terminated under the terms of the default notices dated July 1, 2024 from Licensor to Licensee, covering each of the Dealer facilities referenced above.

In addition to Dealers' right to terminate each of the Dealer Supply Agreements without penalty pursuant to the terms of Paragraph I(b) thereof, based on Supplier's inability to provide Branded Fuel to Dealers in adequate quantities, since Supplier no longer has the right to provide Branded Fuel to Dealers in any quantities, and since Supplier has continuously failed to complete the necessary replacement and installations to bring each of the Dealer Facilities in compliance with the brand image standards required for the Trade Identities under Paragraph XIV(a) of the Dealer Suppler Agreements, Supplier is in default of its obligations under each of the Dealer Supply Agreements.

Furthermore, Supplier's continuing to provide fuel to each of the Dealers, all the while knowing that Supplier was not authorized to do so under the terms of the Licensee's TLA for each of the locations constitutes a knowing and intentional breach of the Dealer Supply Agreements, a knowing misrepresentation of Supplier's authority to supply Branded Fuel under the Dealer Supply Agreements, and represents fraud, misrepresentation, a breach of the implied covenant of good faith and fair dealing and other breaches of Supplier's obligations to the Dealers.

Dealer has received the attached notices that Supplier has also failed to deliver to the Pennsylvania Insurance Department the taxes and fees that have been collected by Supplier from each Dealer for the Underground Storage Tank Indemnification Fund (USTIF) for each of the Dealer facilities from June 1, 2024 to date. From June 1, 2024 through January 30, 2025, Supplier has collected from each Dealer $0.011 per gallon of gasoline delivered to each of the Dealer Facilities totaling $22,822.69 ("USTIF Funds"). Despite Suppler collecting (i) $9,501.39 for the USTIF for the Woodhaven Facility, (ii) $7,375.79 for the USTIF for the Ridge Facility, and (iii) $5,945.51 for the USTIF for the Erie Facility as shown in the attached spreadsheet, Supplier has failed to remit the USTIF Funds to the Pennsylvania Insurance Department, which failure could result in a claim denial under the USTIF if a release is discovered at any of the Dealer facilities. The failure to remit these USTIF Funds constitutes a misappropriation of funds of the Dealers and represents fraud, misrepresentation, a breach of the implied covenant of good faith and fair dealing and other breaches of Supplier's obligations to the Dealers. Demand is made for the immediate payment to the Pennsylvania Insurance Department of the USTIF Funds.

Moreover, demand is hereby made for a full and complete indemnity of the Dealers for all damages suffered or to be suffered by them to date due to Supplier's conduct and for all losses, liabilities, claims, causes of action and damages that Dealers may yet incur due to your conduct. This indemnity includes a full indemnity for the Dealers if the Licensor exercises any rights or remedies against the Dealers for selling Branded Fuel that, because of Supplier's default under the TLA, they did not have the right to sell, as well as a full indemnity for the Dealers with respect to any release at the Dealer Facilities in the event that the failure to remit the USTIF Funds results in the denial of any claim the USTIF.

{01872159;1}

March 11, 2025
Page | 3

References in this letter to breaches and/or defaults by Supplier are not intended to be exclusive and do not in any way create a waiver of other defaults and Events of Default that are not specified herein or that have or might occur under any obligations of the Supplier under the Dealer Supply Agreements. Neither the contents of this letter, nor any communications between the Dealers and Supplier shall constitute or be deemed to constitute a waiver of any rights or remedies the Dealers may have under the Dealer Supply Agreements or at law or in equity, including (i) their right to recover damages, including punitive damages and attorney fees, and (ii) other obligations of the Supplier to the Dealers under the Dealer Supply Agreements and/or applicable law, all of which are expressly reserved and preserved hereby. The Dealers reserves all of their rights and remedies under the Dealer Supply Agreements and applicable law.

Please be guided accordingly.

Sincerely,

SILVERANG, ROSENZWEIG & HALTZMAN, LLC

By: _____
Mark S. Haltzman, Esquire

cc (via email): Mr. Shamikh Kazmi (sk@upssites.com)

{01872159;1}